UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------- X
DIOPSYS, INC., :
         Plaintiff, :     Case No. 2:15-cv-05882 WHW CLW
  -against- :     **STIPULATION AND ORDER OF**
      :     **DISMISSAL WITH PREJUDICE**
KONAN MEDICAL USA, INC., :
GEORGE HU and VANCE ZEMON,
         Defendants.
------------------------------------- X

Plaintiff Diopsys, Inc. ("Diopsys") and Defendants Konan Medical USA, Inc., George Hu and Vance Zemon ("the Parties"), have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties above stipulate to the dismissal with prejudice of all claims and causes of action asserted in this case by Diopsys against Konan, Hu and Zemon and stipulate to the dismissal with prejudice of all counterclaims asserted in this case against plaintiff Diopsys. The parties shall bear their own attorneys' fees, expenses and costs.

July 13, 2018

By: /s/ Brett Van Benthysen
Brett Van Benthysen
Reitler Kailas & Rosenblatt LLC
885 Third Avenue – 20th Floor
New York, NY 10022
Tel: (212) 209-3045
Fax: (212) 371-5500
Email: bvanbenthysen@reitlerlaw.com

By: /s/Stephen R. Buckingham
Stephen R. Buckingham, Esq.
Sean Collier, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2326
Email: sbuckingham@lowenstein.com

| | |
|---|---|
| Peter L. Berger<br>Levisohn Berger LLP<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Tel: (212) 486-7272<br>Fax: (212) 486-0323<br>Email: pberger@llbl.com | Kelly W. Cunningham<br>Cislo & Thomas LLP<br>12100 Wilshire Blvd., Suite 1700<br>Los Angeles, CA 90025<br>Tel: (310) 979-9190<br>Fax: (310) 394-4433<br>Email: kcunningham@cislo.com |
| *Attorneys for Plaintiff,*<br>*Diopsys, Inc.* | *Attorneys for Defendants,*<br>*Konan Medical USA, Inc. and George Hu; and*<br>*Non-Party Vance Zemon* |

**SO ORDERED.**

_____
Honorable William H. Walls, U.S.D.J.

Dated: 23 J 4 , 2018